Drew H. Sherman (SBN 237045)
    drew.sherman@adlilaw.com
ADLI LAW GROUP, P.C.
444 South Flower St., Suite 3100
Los Angeles, California 90071
Telephone: (213) 623-6546
Facsimile: (213) 623-6554

Attorneys for Defendant
Ross Stores, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC, a California corporation, <br><br> *Plaintiff,* <br><br> v. <br><br> ROSS STORES, INC., a Delaware corporation; SUNSETS, INC., a California corporation, LEGEND APPAREL, INC., a California corporation, PAPER CUT CLOTHING, LLC, a New York Limited Liability Company, WANGXIANG XIE, an individual doing business as Tacera, UNLIMITED AVENUES, INC., A New York corporation, and DOES 1-10, Inclusive, <br><br> *Defendant.* | Case No. 2:16-cv-05078-RGK-RAO <br><br> Honorable R. Gary Klausner <br><br> **NOTICE OF ERRATA FOR DKT. NO. 21 ANSWER TO COMPLAINT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Counsel for Ross Stores, Inc. submits this Notice of Errata to correct an inadvertent mistake in Document No. 21 filed on September 9, 2016. The caption has an incorrect title for the document. Accordingly, please disregard the filing having the docket number 21.

Filed concurrently herewith is the corrected document, Answer to Complaint, with the correct caption.

Dated: September 9, 2016          ADLI LAW GROUP P.C.

By: /s/Drew H. Sherman
    Drew H. Sherman
    *Attorneys for Defendant*
    *Ross Stores, Inc.*